UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO.
2:17-MJ-1043-BO

UNITED STATES OF AMERICA

VS

ANDREW K. ZORN, JR.

ORDER TO RETURN CASH
DEPOSIT ON BOND

It appearing to the Court that pursuant to the Bail Reform Act of 1966, the above-named defendant was released on the conditions checked below:

( ) The defendant executed an appearance bond binding himself to pay the United States of America the sum of $_____ and deposited in the registry of the court the sum of $_____ ___, being not more than 10% of the amount of the bond;

( ) The defendant executed an appearance bond in the amount of $__ secured by the deposit of an equal amount of cash. The defendant wishes to apply of the cash bond to the monies owed to his court obligation and the balance to be refunded.

( ) The defendant deposited $_____ as part of the total bond in this case which also Included _____.

It further appearing to the Court that the defendant (X) having performed the conditions of his release; it is therefore:

**ORDERED** that the Clerk of this Court return said cash deposit in the amount of $1000.00, by issuing a check in said amount payable to: Andrew K. Zorn, Jr., at 14 Aster Ct., Delran, NJ 08075.

Date:

8-10-17

_____
TERRENCE W. BOYLE,
UNITED STATES DISTRICT JUDGE